IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| Farm Credit Leasing Services Corporation,<br><br>         Plaintiff,<br>    v.<br><br>Durham Land Leveling, Inc., and Edward Gene Durham,<br><br>         Defendants. | Case No.:  3:19-cv-00159-LPR |

**ORDER GRANTING DEFAULT JUDGMENT AND REQUEST FOR AN AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS**

This matter is before the Court on Plaintiff Farm Credit Leasing Services Corporation's ("Plaintiff") Motion for Entry of Default Judgment and Award of Reasonable Attorneys' Fees against Defendants Durham Land Leveling, Inc., and Edward Gene Durham (collectively, the "Defendants").

Based on the foregoing, and all the files, records, and proceedings herein (especially, but not limited to, the latest Kranz affidavit), IT IS ORDERED THAT:

1.      Plaintiff's Motion (ECF No. 15) is **GRANTED**.

2.      The Clerk of Courts is directed to enter judgment in favor of Plaintiff and jointly and severally against Defendants in the amount of $355,289.92, plus pre-judgment interest in the amount of $90,039.23, as of August 13, 2021, plus reasonable attorney's fees of $4,394.64 and $500.00 in costs, for a total judgment of $450,029.11.

3.      As there is no just reason for delay, the Clerk of Courts is ordered to enter judgment immediately pursuant to the terms of this Order.

IT IS SO ORDERED this 13th day of August 2021.

                                                      _____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT