IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| Farm Credit Leasing Services Corporation,<br><br>        Plaintiff,<br>  v.<br><br>Durham Land Leveling, Inc., and Edward Gene Durham,<br><br>        Defendants. | Case No.:  3:19-cv-00159-LPR |

**JUDGMENT**

Pursuant to the Order filed this date, it is CONSIDERED, ORDERED, and ADJUDGED that default judgment is entered against Defendants jointly and severally and in favor of Plaintiff in the amount of $355,289.92, plus pre-judgment interest in the amount of $90,039.23, as of August 13, 2021, plus reasonable attorney's fees of $4,394.64 and $500.00 in costs, for a total judgment of $450,223.79.

IT IS SO ADJUDGED this 13th day of August 2021.

                                                            _____
                                                            LEE P. RUDOFSKY
                                                            UNITED STATES DISTRICT COURT